**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | CASE NO. 1:20-CV-02562-RLY-MPB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DUNN-RITE PRODUCTS, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 41(a)(1) VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff National Fire & Marine Insurance Company ("Plaintiff"), files this Voluntary Dismissal Without Prejudice. Consistent with Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff files this dismissal without court order because Defendant Dunn-Rite Products, Inc. ("Defendant") has not yet answered or otherwise moved. Consistent with Federal Rule of Civil Procedure 41(a)(1)(B), this is a dismissal WITHOUT PREJUDICE.

Respectfully submitted,

FROST BROWN TODD LLC

*s/ Adam S. Ira*
Adam S. Ira (Attorney No. 32017-49)
201 North Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
P: 317-237-3800
aira@fbtlaw.com

*Attorney for National Fire & Marine Insurance Company*

0119239.0735359 4817-7118-5106v1